IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Banks, Benjamin | Case Number: 07 B 09775 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 16, 2008
Confirmed: July 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,652.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,508.79 |
| Trustee Fee: | | 143.21 |
| Other Funds: | | 0.00 |
| Totals: | 2,652.00 | 2,652.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,000.00 | 2,508.79 |
| 2. | Ledford & Wu | Priority | 2,055.62 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 137.92 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 214.71 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,249.27 | 0.00 |
| 6. | Capital One | Unsecured | 328.49 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 272.65 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 213.12 | 0.00 |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 13. | GA Financial Trust | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 15. | MCI Residential | Unsecured | | No Claim Filed |
| 16. | Village of Arlington Heights | Unsecured | | No Claim Filed |
| 17. | Payday Loan | Unsecured | | No Claim Filed |
| 18. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Providian | Unsecured | | No Claim Filed |
| 21. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 22. | TCF Bank | Unsecured | | No Claim Filed |
| 23. | Village of Arlington Heights | Unsecured | | No Claim Filed |
| 24. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| | | | $ 8,471.78 | $ 2,508.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Banks, Benjamin | Case Number: 07 B 09775 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 5/31/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 143.21 |
| | $ 143.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

